## Commonwealth *v.* Fuller, Appellant.

Argued December 10, 1973. *James T. Vernile,* with him *Robert F. Simone,* for appellant; *F. Ned Hand,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Gant, Appellant.

Submitted December 3, 1973. *William M. Carlitz,* for appellant; *James Garrett* and *David Richman,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.